UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROLANDO ALCANTARA-SOTO,    )
Petitioner                 )
                           )
           v.              )   08-CV-30026-MAP
                           )
UNITED STATES OF AMERICA,  )
Respondent                 )

ORDER OF DISMISSAL

February 4, 2009

PONSOR, D.J.

On June 27, 2008, the court issued an order directing supplemental affidavits. The order required Petitioner to file an affidavit on or before August 15, 2008 "providing a full and complete statement of his version of every significant conversation or communication that he had with Attorney Joseph D. Bernard. . . ." See Dkt. No. 5 at 1. Other affidavits were to follow this initial filing.

Since the date of the court's Order, nothing has been filed. Specifically, no affidavit of Petitioner was filed on or before August 15, 2008.

Based on the foregoing, the court hereby orders that this case be DISMISSED for lack of prosecution. This file can now be closed.

It is So Ordered.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR

                                          **United States District Judge**